IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jorge Washington Acosta Orellana, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Croplife International, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:08-CV-01790/RBW<br><br>Docket Type: PI/Malpractice |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 7, and this Court's General Order and Guidelines for Civil Cases, Defendants The Dow Chemical Company ("Dow"), Monsanto Company ("Monsanto"), E.I. du Pont de Nemours ("DuPont"), Dole Food Company, Inc. ("Dole Food"), and Dole Fresh Fruit Company ("Dole Fresh Fruit") (the "Moving Defendants"), without waiving any defenses or any matters that may hereafter be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, file this unopposed motion for an extension of time in which to answer, move, or otherwise respond to Plaintiffs' Complaint. In further support of this motion, Moving Defendants state as follows:

1. Upon information and belief, this product liability action was commenced on September 18, 2008, in the Superior Court of the District of Columbia, Civil Division. A copy of the Summons and Complaint was served on Dow's statutory agent on October 6, 2008.

2. The Complaint is founded upon allegations that Plaintiffs suffered harm as a result of exposure to a fungicide, Mancozeb, applied to banana crops in Ecuador. Compl. ¶¶ 1-2.

Named in this action are 16 Defendants, including the five Moving Defendants (which include three alleged manufacturers of Mancozeb—Dow, Monsanto and DuPont—and two producers of banana crop—Dole Food and Dole Fresh Fruit), other alleged manufacturers of Mancozeb, and other alleged banana crop producers.

3. Defendant Dow removed this action to the United States District Court for the District of Columbia on October 21, 2008, prior to the entry of an Initial Scheduling Order.

4. Pursuant to Fed. R. Civ. P. 81(c), the Moving Defendants' responses to Plaintiff's Complaint are now due October 28, 2008.

5. Moving Defendants, with the consent of Plaintiffs, request an extension of the time for the following filings in response to Plaintiffs' Complaint:

   a. Moving Defendants' responsive pleadings—November 21, 2008;

   b. Plaintiffs' opposition to any motions made by Moving Defendants—January 9, 2009;

   c. Moving Defendants' replies in further support of Moving Defendants' motions made pursuant to paragraph 5(a) above—January 23, 2009.

6. Neither Moving Defendants nor any other party has previously sought an extension of time for any reason.

7. This Motion is made on the grounds that Moving Defendants need additional time to confer with counsel and to review the 156-page Class Action Complaint before submitting responses thereto. Moving Defendants respectfully submit that the Complaint, which names 16 defendants on three continents, as well as 305 individuals and a Municipality as Plaintiffs, and which seeks to certify class action claims on behalf of two putative groups, raises complex factual and legal issues that require additional time for review and consideration. Additionally, in light of the fact that Moving Defendants have requested that they be permitted to serve Plaintiffs with their responsive

pleadings just before the holidays, Moving Defendants acknowledge that Plaintiffs will need additional time to respond to their pleadings.

8. The Court has not yet entered an Initial Scheduling Order in this action, and, as such, the requested extension will not impact any previously scheduled deadlines. Moreover, no party shall suffer any prejudice as a result of the requested extension.

9. Counsel for Plaintiffs has been provided with an advance copy of this Motion, has given his consent to this Motion, and has authorized Moving Defendants to consent on his behalf.

10. This Motion does not constitute a general appearance for any of the Moving Defendants or for any other Defendant, and does not waive jurisdictional or other defenses that may be available to any Defendant.

DATED: Washington, D.C.
October 22, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Raymond G. Mullady, Jr.

Raymond G. Mullady, Jr. (D.C. Bar No. 471054)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202-339-8400
Facsimile: 202-339-8500
rmullady@orrick.com
*Attorney for Defendant The Dow Chemical Company*

3

<div style="margin-left: 40%;">

/s/ Sean P. Trende, Esq.
Sean P. Trende, Esq. (D.C. Bar No. 482278)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: 804-788-8200
Facsimile: 804-788-8218
strende@hunton.com
*Counsel for Dole Food Company, Inc. and Dole Fresh Fruit Company*

/s/ Mark Fitzsimmons
Mark Fitzsimmons, Esq. (D.C. Bar No. 366702)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-429-8068
mfitzsimmons@steptoe.com
*Counsel for Defendant Monsanto Company*

/s/ Erika Kleiman
Erika Kleiman, Esq. (D.C. Bar No. 979666)
Shook, Hardy & Bacon LLP
600 14th St., N.W.
Suite 800
Washington, D.C. 20005-2004
Telephone: 202-783-8400
ekleiman@shb.com
*Counsel for Defendant E.I. du Pont de Nemours*

</div>

## **CERTIFICATE OF SERVICE**

      It is hereby certified that on this 22nd day of October, 2008 copies of the Consent Motion for Extension of Time for Certain Defendants to Respond to Complaint were sent, via Federal Express overnight delivery service and electronic mail, to the following:

Terrence P. Collingsworth, Esq.
Conrad & Scherer, LLP
731 8th Street, SE
Washington, DC 20003
tc@conradscherer.com
*Counsel for Plaintiffs*